UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LATUNJIA QUARTNEY EDMONSON,<br><br>Plaintiff,<br>v.<br><br>SAM'S WEST, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-00609-APG-PAL<br><br>**ORDER GRANTING IN MOTION FOR MORE TIME**<br><br>(ECF No. 20) |

The plaintiff seeks a retroactive extension of time to file an opposition to the defendants' motion for summary judgment. ECF No. 20. The plaintiff's counsel contends his opposition was ready to be filed (and, indeed, he signed it) on January 9, 2018, but due to various office problems he could not file it with the court. It is now 10 days after the opposition was signed by counsel, yet it still has not been filed with the court. The plaintiff's counsel does not explain why he has not filed the opposition despite his electronic filing problems being corrected by January 12.

The opposition to the motion for summary judgment must be filed with the court by Monday, January 22, 2018. The defendants may file a reply within 14 days thereafter.

DATED this 19th day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE